# Court of Appeals
# of the State of Georgia

ATLANTA, __June 19, 2018_____

*The Court of Appeals hereby passes the following order:*

**A18A1813.  ROBERT FRANK SMITH v. THE STATE.**

On January 2, 2018, this Court granted Robert Frank Smith's application for discretionary appeal from the trial court's order denying his motion in arrest of judgment.  See Case No. A18D0228 (decided Jan. 2, 2018).  The order provided that Smith could file a notice of appeal within 10 days of the date of the order.  See OCGA § 5-6-35 (g).  Smith filed his notice of appeal on January 16, 2018, which was fourteen days after the entry of the order.

The timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *White v. White*, 188 Ga. App. 556, 556 (373 SE2d 824) (1988).  Because Smith failed to file a notice of appeal within 10 days of our order granting his discretionary application, the notice of appeal is untimely.  Accordingly, this appeal is DISMISSED for lack of jurisdiction.  See OCGA § 5-6-48 (b) (1); *Barnes v. Justis*, 223 Ga. App. 671, 671-672 (478 SE2d 402) (1996).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__06/19/2018_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*